Filed Sept. 19, 1894.

---

No. 16,912.

HAUCK, TREASURER, ETC., v. FIRST NATIONAL BANK OF TERRE HAUTE, INDIANA.

From the Vigo Circuit Court.

*A. G. Smith*, Attorney-General, *S. R. Hamill* and *P. M. Foley*, for appellants.

*J. Jump*, *J. E. Lamb* and *J. C. Davis*, for appellee.

COFFEY, J.—The question involved in this case, is identical with the principal question involved in the case of *Jones, Treas.*, v. *Rushville Nat'l Bank*, 138 Ind. 87, and upon the authority of that case, the judgment in this case is affirmed.

Filed May 29, 1894.